**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

TIMOTHY GIPSON,

        Plaintiff,

    vs.

CITY OF CINCINNATI, OHIO, et. al.,

        Defendants.

Case No. 1:26-cv-00507

Dlott, J.
Bowman, M.J.

**REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's motion for leave to proceed in forma pauperis brought in connection with a Notice of Removal, seeking to remove his case to federal court. (See Doc. 1-1). Mr. Gipson is a plaintiff in a state court action in the Hamilton County Court of Common Pleas. *See Gipson v. City of Cincinnati*, Case No. A2600657 (filed Feb. 4, 2026).[1]

Removal of civil actions is governed by 28 U.S.C. § 1441. Section 1441 provides, "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Because Mr. Gipson is the plaintiff in the state court action he may not remove his case from state to federal court. See *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 104 (1941).

---

[1] The Hamilton County Clerk of Court docket records indicate that Plaintiff filed the state court case on February 2, 2026. Defendants filed a motion to dismiss on April 2, 2026 and Plaintiff filed his notice of removal on May 28, 2026. Viewed at https://www.courtclerk.org/ under Case No. A 2600657. This Court may take judicial notice of court records that are available online to members of the public. *See Lynch v. Leis*, 382 F.3d 642, 648 n.5 (6th Cir. 2004) (citing *Lyons v. Stovall*, 188 F.3d 327, 332 n.3 (6th Cir. 1999)).

Accordingly, because this action was not properly removed to this Court, it is herein

**RECOMMENDED** that this matter be dismissed and remanded to the state court.

 *s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

TIMOTHY GIPSON,

        Plaintiff,                            Case No. 1:25-cv-507

    vs.                                  Dlott, J.
                                        Bowman, M.J.

CITY OF CINCINNATI, OHIO, et. al.,

        Defendants.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).